# DESIGNATION OF A UNITED STATES DISTRICT JUDGE
# FOR SERVICE WITHIN THE CIRCUIT

---

I designate and assign the Honorable Brett H. Ludwig of the Eastern District of Wisconsin to perform the duties of district judge in the United States District Court for the Northern District of Illinois in the matter of *United States v. Delaney*, 23-CR-00273, for such time as may be required to complete unfinished business. 28 U.S.C. § 292(b).

                                                Diane S. Sykes, Chief Judge
                                                United States Court of Appeals
                                                    for the Seventh Circuit

Dated: May 15, 2023